UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THE GRAND TRAVERSE BAND
OF OTTAWA AND CHIPPEWA INDIANS
and ITS EMPLOYEE WELFARE PLAN,      Case No: 5:14-cv-11349

   Plaintiffs,     Hon. Judith E. Levy

-vs-     Magistrate Judge Curtis Ivy, Jr.

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

   Defendant/Third-Party Plaintiff,

-vs-

MUNSON MEDICAL CENTER,

   Third-Party Defendant.
_____

**ORDER EXTENDING TIME FOR DEFENDANT BCBSM TO RESPOND TO PLAINTIFFS' OBJECTIONS TO THE ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL**

On July 29, 2021, the Court entered an order granting Plaintiffs' motion for an extension of the deadline to object to Magistrate Judge Curtis Ivy, Jr.'s order regarding Plaintiffs' motion to compel. (ECF No. 172.) The Court found good cause to extend the period of time for Plaintiffs to file objections and set a new filing deadline of August 20, 2021. (*Id.* at PageID.5451.) The Court's order did not authorize an extension of time for Plaintiffs to file a motion for reconsideration of the order regarding Plaintiffs' motion to compel. (*Id.*)

On August 16, 2021, Plaintiffs submitted a filing entitled a "motion for reconsideration" of the order regarding Plaintiffs' motion to compel. (ECF No. 176.) "A motion for rehearing or reconsideration must be filed within 14 days after entry of the judgment or order." E.D. Mich. LR 7.1(h)(1). However, Plaintiffs' filing was submitted within the deadline set by the Court for submitting objections to the order regarding Plaintiffs' motion to compel. Accordingly, the Court considers Plaintiffs' submission, titled as a "motion for reconsideration," to be Plaintiffs' objections to the order regarding Plaintiffs' motion to compel. (ECF No. 176.)

IT IS HEREBY ORDERED that the time for Defendant BCBSM to respond to Plaintiffs' objections to the order regarding Plaintiffs' motion to compel shall be extended an additional 7 days, such that Defendant BCBSM shall have a total of 21 days from the date of filing to respond.

Date: August 25, 2021                         s/Judith E. Levy
                                              JUDITH E. LEVY
                                              United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 25, 2021.

                                              s/William Barkholz
                                              WILLIAM BARKHOLZ
                                              Case Manager